IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**TITUS SMOAKS,**

    **Petitioner,**

v.                                    Case No. 1:09CV147-MMP/AK

**MARTHA ANN LOTT, et al.,**

    **Respondents.**

_____/

## ORDER

    This cause is before the Court on Petitioner's petition for writ of habeas corpus. Doc. 1. The Court has reviewed the petition and can only guess, based on the attached documents, the nature of Petitioner's claims, which appear to involve his disagreement with prison officials regarding his release date because, according to him, he is not the person who was convicted of the crimes at issue. He has, however, named as respondents a state court judge and apparently his state court lawyer, neither of whom is Petitioner's custodian, and sought as relief the repayment of "all my money credit cards" and "back pay." *Id*. He does not seek release.

    Because the petition is not clear as to the exact nature of his claims or even whether they are habeas in nature, Petitioner must amend the petition. The Clerk will provide Petitioner with

forms for filing either a § 2254 (if he seeks release because he is in custody in violation of the United States Constitution) and for filing a § 1983 civil rights complaint (if he is seeking damages for violation of his constitutional rights). The Clerk will also provide Petitioner with the appropriate form for seeking leave to proceed *in forma pauperis*, Plaintiff having failed to submit proper documentation regarding his ability to pay a filing fee. *See* Doc. 2. Of course, the amount of the filing fee will be dependent on the type of case which Petitioner ultimately pursues, and Petitioner should choose one cause of action or the other, i.e., either § 1983 or § 2254, and complete the appropriate form or advise the Court of his desire to dismiss this cause voluntarily. Furthermore, if this is indeed a § 1983 complaint for damages, then Petitioner may be required to pay the entire filing fee of $350.00 because he has, according to the documents he has provided, three strikes against him in another federal district court, strikes which are equally applicable in this Court as well.

Accordingly, it is **ORDERED**:

That the Clerk shall furnish Petitioner with four copies of the appropriate forms and instructions for filing a complaint pursuant to 42 U.S.C. § 1983 and a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254;

That the Clerk shall furnish Petitioner with an application for leave to proceed *in forma pauperis*;

That no later than **July 24, 2009**, Petitioner shall file either an "Amended Complaint" or an "Amended Petition" as explained in this order, along with two identical copies including any exhibits. He shall also keep an identical copy for his records;

That no later than **July 24, 2009**, Petitioner shall file an amended application for leave to

proceed *in forma pauperis*;

That, if Petitioner does not wish to proceed with this litigation, he shall, no later than **July 24, 2009**, advise the Court of his desire voluntarily to dismiss this cause;

**That failure to respond to this order as directed or any future orders will result in a recommendation of dismissal of this action.**

**DONE AND ORDERED** this  *23rd*  day of June, 2009.


*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**