## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**TITUS SMOAKS,**

      **Petitioner,**

**v.**

      **Case No. 1:09CV147-MMP/AK**

**MARTHA ANN LOTT, et al.,**

      **Respondents.**

_____/

## ORDER

By prior orders, Petitioner was directed to file an amended pleading on the appropriate form since the Court could not discern the nature of his claims. Docs. 4 & 11. Rather than becoming more clear, Petitioner's pleadings have become more and more indecipherable. See Docs. 9 & 11.

The Court will give Petitioner one last opportunity to comply with its orders to amend. The Clerk will once again provide Petitioner with forms for filing either a § 2254 (if he seeks release because he is in custody in violation of the United States Constitution) and for filing a § 1983 civil rights complaint (if he is seeking damages for violation of his constitutional rights). Petitioner should choose one cause of action or the other, i.e., either § 1983 or § 2254, and

Filed 08/24/09 USDC FLN 1 PM 0303

complete the appropriate form or advise the Court of his desire to dismiss this cause voluntarily. Furthermore, if this is indeed a § 1983 complaint for damages, then Petitioner may be required to pay the entire filing fee of $350.00 because he has, according to the documents he has provided, three strikes against him in another federal district court, strikes which are equally applicable in this Court as well. If this is a petition for writ of habeas corpus, Petitioner should clearly set forth the convictions he is challenging, the sentence or sentences that were imposed, the dates of the judgment or judgments, and the steps he has taken to exhaust his available state court remedies.

Petitioner is cautioned that this is the final time that he will be allowed to amend in this proceeding. If he is having difficulty completing the forms or understanding the Court's directions, then he should request assistance at the facility where he is housed.

Accordingly, it is **ORDERED**:

That the Clerk shall furnish Petitioner with four copies of the appropriate forms and instructions for filing a complaint pursuant to 42 U.S.C. § 1983 and a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254;

That no later than **September 25, 2009**, Petitioner shall file either a "Third Amended Complaint" or a "Third Amended Petition" as explained in this order, along with two identical copies including any exhibits. He shall also keep an identical copy for his records;

That, if Petitioner does not wish to proceed with this litigation, he shall, no later than **September 8, 2009**, advise the Court of his desire voluntarily to dismiss this cause;

**That this is the final opportunity that Plaintiff will be given to amend his pleadings**

in this proceeding, and that failure to respond to this order as directed or any future orders

will result in a recommendation of dismissal of this action without further warning from

the Court.

**DONE AND ORDERED** this ___ day of August, 2009.

**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**