# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**TITUS SMOAKS,**

    **Petitioner,**

**v.**                                                    **Case No. 1:09CV147-MMP/AK**

**MARTHA ANN LOTT, et al.,**

    **Respondents.**

_____/

## REPORT AND RECOMMENDATION

By prior orders, Petitioner was directed to file an amended pleading on the appropriate form since the Court could not discern the nature of his claims. Docs. 4, 11, & 15. In the last order, the Court specifically advised Petitioner that if he did not amend his pleading by September 25, 2009, the Court would recommend dismissal of this cause for failure to prosecute and to comply with an order of this Court without further warning. Doc. 15. To date, Petitioner has not complied with the Court's order or otherwise attempted to communicate with the Court in any way.

light of the foregoing, it is respectfully **RECOMMENDED** that this cause be **DISMISSED** pursuant to Fed. R. Civ. P. 41(b) for failure to failure to prosecute and to obey an order of the Court.

**IN CHAMBERS** at Gainesville, Florida, this **_14th_** day of October, 2009.

                                          *s/ A. KORNBLUM*
                                          **ALLAN KORNBLUM**
                                          **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**