IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TITUS SMOAKS,

    Petitioner,

v.                                      CASE NO. 1:09-cv-00147-MP-AK

MARTHA ANN LOTT,

    Respondent.

_____/

# **O R D E R**

This matter is before the Court on Doc. 16, Report and Recommendation: it Is Recommended That this Cause Be Dismissed Pursuant to Fed. R. Civ. P. 41(b). Petitioner is *pro se*, and as such has been afforded great leeway by the Court. When the nature of his claims could not be discerned, Petitioner was directed three separate times to file an amended pleading on the appropriate form. Docs. 4, 11, and 15. In the last order, the Magistrate specifically advised Petitioner that if he did not amend his pleading by September 25, 2009, the Magistrate would recommend this Court dismiss this cause for failure to prosecute and to comply with an order. Petitioner has failed timely to comply with these numerous and specific directives. Accordingly, the Magistrate has recommended the case be dismissed. Petitioner has not filed any objections to that recommendation, and the time for doing so has passed. Finding no plain error, it is accordingly

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge, Doc. 16, is ADOPTED and incorporated herein.

    2.    This cause is DISMISSED pursuant to Fed. R. Civ. P. 41(b) for failure to

prosecute and failure to obey an order of the Court.

**DONE AND ORDERED** this   *13th* day of November, 2009

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge
